UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  NOS. 3:19CR79 (JAM), 3:19CR158 (JAM)

MARCH 19, 2020

HENRY FELLELA

**EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY**

The defendant, Henry Fellela, moves pursuant to 18 U.S.C. §§ 3141, 3142, and 3143, and Fed.R.Crim.P. 32.1, for emergency release from custody pending sentencing in the above-referenced matters. Mr. Fellela is over 60 years old and he suffers from diabetes. As such, he is at a higher risk of serious illness or death if he contracts COVID-19. As a detainee, he has little ability to avoid contracting the virus if he is exposed to it in a custodial setting. While the current bond package is essentially the same as that offered with his last motion for release (denied on Jan. 29), it is more efficacious for ensuring that he will not be a danger to the community or a flight risk, given the pandemic's impact on virtually every aspect of life in the community.

Wherefore, based on this motion together with arguments presented in the supporting memorandum of law, Mr. Fellela asks the Court to release him from custody without a hearing and on a temporary basis.

Respectfully Submitted,
THE DEFENDANT,
Henry Fellela

FEDERAL DEFENDER OFFICE

*/s/ Moira L. Buckley*
Assistant Federal Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct18803
Email: moira_buckley@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 19, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Moira L. Buckley*
    Moira L. Buckley